IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Pryor, Bertha A

Printed:  9/23/08

Case Number:  05 B 21977
Judge:  Wedoff, Eugene R
Filed:  6/2/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  September 4, 2008
Confirmed:  July 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,700.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,917.95 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,194.00 |
| Trustee Fee: |  | 288.05 |
| Other Funds: |  | 300.00 |
| Totals: | 5,700.00 | 5,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,194.00 | 2,194.00 |
| 2. | Nicor Gas | Unsecured | 1,102.37 | 2,711.35 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 84.00 | 206.60 |
| 4. | Consultant Radiology of Evanst | Unsecured |  | No Claim Filed |
| 5. | Evanston Northwestern Healthcare | Unsecured |  | No Claim Filed |
| 6. | Avalon Industries | Unsecured |  | No Claim Filed |
| 7. | Collectcorp Corp | Unsecured |  | No Claim Filed |
| 8. | Black Expressions | Unsecured |  | No Claim Filed |
| 9. | Exelon | Unsecured |  | No Claim Filed |
| 10. | IHC-St. Francis Emergency Physicians | Unsecured |  | No Claim Filed |
| 11. | SBC | Unsecured |  | No Claim Filed |
| 12. | The Bureau Inc | Unsecured |  | No Claim Filed |
| 13. | Rodale Press Publications | Unsecured |  | No Claim Filed |
| 14. | Radiologist Ltd | Unsecured |  | No Claim Filed |
|  |  |  | $ 3,380.37 | $ 5,111.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 9.00 |
| 5.5% | 39.81 |
| 5% | 11.84 |
| 4.8% | 22.69 |
| 5.4% | 165.02 |
| 6.5% | 39.69 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Pryor, Bertha A | Case Number:  05 B 21977 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/23/08 | Filed:  6/2/05 |

_____
$ 288.05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

